UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BODDIE, | No. 2:18-cv-01196-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL MARTEL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2020, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 13.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on June 10, 2020 (ECF No. 13), are ADOPTED IN FULL; and

   2. This action is DISMISSED for failure to prosecute and for failure to obey a court order. *See* Fed. R. Civ. P. 41(b); *see also* L.R. 110. The Clerk of Court is directed to close the case.

DATED: July 14, 2020

                                            Troy L. Nunley
                                            United States District Judge